```
MANDY L. SIMS, ESQ.
WOLF & WYMAN LLP
550 S. Hope St., Ste 2550
Los Angeles, CA 90071
213/222-4900
mlsims@ww.law

ROBERT J. SHEPPARD, ESQ. (SBN 85298)
PETER N. HADIARIS, ESQ. (SBN 122590)
SHEPPARD UZIEL & HENDRICKSON
423 Washington St., Ste 200
San Francisco, CA 94111
415/296-0900
415/694-0052
rs@sheppardlaw.com
peter@hadiaris.com

Attorneys for defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> MELINDA BAUTISTA TERUEL, ind. ) <br> and as trustee, et al ) <br> ) <br> Defendant. ) <br> _____) <br> ) <br> and complaint in intervention ) <br> _____) | No. 3:23-cv-03536 MMC <br><br> ORDER EXTENDING <br> DEADLINES FOR JOINT <br> LETTERS FOR PENDING <br> DISCOVERY DISPUTES |

The parties having so stipulated, and good cause appearing, the current deadline under Docket No. 53 for submitting joint letters to Magistrate Judge Cisneros regarding the parties' current discovery disputes is extended from July 18, 2024 to August 1, 2024.

Dated: July 18, 2024

_____
US Magistrate Judge

Ord Ext Deadline Joint Letters            1