UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MELINDA TERUEL,<br><br>        Defendant. | Case No.  23-cv-03536-MMC   (LJC)<br><br>**ORDER ALLOWING ADDITIONAL LETTER BRIEF REGARDING HOME INSPECTION**<br><br>Re: Dkt. No. 59 |

On June 26, 2024, the Court instructed the parties to file three joint letters raising the following disputes (if they were not resolved through further efforts to meet and confer):

> (1) a joint letter by Plaintiff-Intervenors and Defendant addressing Plaintiff-Intervenors' requests for discovery; (2) a joint letter by Plaintiff and Defendant addressing Plaintiff's requests for discovery; and (3) a joint letter by Defendant and Plaintiff-Intervenors addressing Defendant's request for a home inspection.

ECF No. 53 at 1.  The Court also made clear that it would "address each dispute on its own merits and expects the parties to do the same." *Id.* at 2.

Notwithstanding those instructions, Defendant addressed her request for a home inspection in response to Plaintiff-Intervenors' arguments regarding Defendant's purportedly deficient discovery.  ECF No. 59 at 2–4.  Plaintiff-Intervenors seek leave to address that issue separately, asserting that they did not address it in this joint letter because they expected Defendant to draft a letter brief specific to the home inspection as called for by the Court's Order.  *Id.* at 3 n.1.  That request is GRANTED.  Plaintiff-Intervenors may file a separate letter brief no longer than two pages and no later than August 7, 2024 addressing Defendant's request for a home inspection.  Defendant is admonished to comply with procedural orders going forward.

**IT IS SO ORDERED.**

Dated: August 2, 2024

LISA J. CISNEROS
United States Magistrate Judge